IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN B. TABY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 08-2746 |
| | : | |
| FIREMAN'S FUND | : | |
| INSURANCE COMPANY | : | |
| Defendant | : | |

**O R D E R**

**AND NOW,** this   30th   day of September, 2009, upon careful consideration of the defendant's motion for summary judgment (Document #13), the plaintiff's response thereto (Document #14), and the defendant's reply (Document #15), it is hereby ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.